FILED

07 DEC 10 AM 8:41

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

'07 MJ 2843

CASE NUMBER: _____

The person charged as __ZAMORA-Gutierrez, Francisco__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Central__ District of __California__ on __11/21/06__ with: __Title 18 USC 3583__ in violation of:

**Violated his conditions of Supervised Release**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __12/10/07__

Ray G_____
Deputy United States Marshal

Reviewed and Approved

DATE:

_____
Assistant United States Attorney

# UNITED STATES PROBATION OFFICE
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | '06 NOV 22 P1:48 | CASE NUMBER: |
|---|---|---|
| Plaintiff(s) | | CR05-00302-SJO |
| vs. | | |
| FRANCISCO ZAMORA-GUTIERREZ | | **WARRANT FOR ARREST** |
| Defendant(s) | | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest FRANCISCO ZAMORA-GUTIERREZ

and bring him/her forthwith to the nearest Magistrate Judge to answer to a(n):  ☐ Complaint  ☐ Indictment  ☐ Information  ☐ Order of Court  [x] Violation Petition  ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title 18 United States Code, Section(s) 3583(e)(3)

| Sherri R. Carter | |
|---|---|
| NAME OF ISSUING OFFICER | 11/21/06  Los Angeles, CA |
| Clerk of Court | DATE AND LOCATION OF ISSUANCE |
| TITLE OF ISSUING OFFICER | |
| [signature] | BY: S. James Otero |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

DATE RECEIVED

NAME OF ARRESTING OFFICER

DATE OF ARREST

TITLE

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

SIGNATURE OF ARRESTING OFFICER

PROB 12
(Rev. 11/04)

# ORIGINAL United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT

NOV 21 2006

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

U.S.A. VS. FRANCISCO ZAMORA-GUTIERREZ

Docket No. CR05-00302-SJO

**Petition on Probation and Supervised Release (Bench Warrant)**

COMES NOW LORETTA S. MARTIN, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of FRANCISCO ZAMORA-GUTIERREZ who was placed on supervision by the Honorable S. JAMES OTERO sitting in the Court at Los Angeles, California, on the 27th day of July, 2005 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

1. Having been ordered by the Court not to enter the United States illegally following deportation, on or about November 8, 2006, Francisco Zamora-Gutierrez illegally entered the United States following his deportation on June 16, 2006.

2. Having been ordered by the Court not to commit another Federal, state or local crime, on November 8, 2006, Francisco Zamora-Gutierrez illegally entered the United States following deportation, in violation of 8 USC 1326.

**PRAYING THAT THE COURT WILL ORDER** issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Francisco Zamora-Gutierrez before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

ORDER OF COURT

Considered and ordered this 21 day of Nov, 20 06 and ordered filed and made a part of the records in the above case.

United States District Judge
S. JAMES OTERO

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 13, 2006

JOEY AGUAYO
U. S. Probation Officer Assistant

Place Santa Fe Springs, California