## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.   FRANCISCO ZAMORA-GUTIERREZ          No.   07MJ2843

HON.   BARBARA LYNN MAJOR          Tape No.   BLM07:1;9:42-9:53

Asst. U.S. Attorney   MICHELL PETTIT          PTSO  _____

|  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|
| Atty | Federal Defenders, Inc., | X Apt | ___ Ret | for _____ | (1) | ( ) |
|  | _____ | ___ Apt | ___ Ret | for _____ | ( ) | ( ) |
|  | _____ | ___ Apt | ___ Ret | for _____ | ( ) | ( ) |
|  | _____ | ___ Apt | ___ Ret | for _____ | ( ) | ( ) |
|  | _____ | ___ Apt | ___ Ret | for _____ | ( ) | ( ) |
|  | _____ | ___ Apt | ___ Ret | for _____ | ( ) | ( ) |
|  |  | ___ Apt for Material Witness(es) |  |  |  |  |

PROCEEDINGS:    ___ In Chambers    X In Court    ___ By Telephone

Defendant waives I.D/Removal Hearing. Court ordered that the defendant be removed forthwith by the U.S. Marshals to the Central District of California. Waiver and Warrant filed with the court.

Date   12/20/07                                             IF
                                                     Deputy's Initials