AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

## UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA

V.

**Francisco Zamora-Gutierrez**

Defendant

FILED
DEC 20 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**WAIVER OF RULE 5(c) & 5.1(a) HEARINGS:**
(Complaint/Indictment)
Proceedings Pending Outside So. Dist. of CA
CASE NUMBER: 07MJ2843

CHARGING DISTRICTS
CASE NUMBER:      05CR00302-SJO

I understand that charges are pending in the ____Central____ District of ____California____

alleging violation of ____Title 18 U.S.C., Section 3583(e)(3)____ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)   Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(   )   identity hearing

(   )   preliminary hearing

( ✓ )   identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

12/20/2007
_____
Date

X Zamora Francisco G.
Defendant

_____
Defense Counsel

K:\COMMON\CSA\forms\2005\Waiver_R5.wpd

PROB 12
(Rev. 11/04)

ORIGINAL United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA



U.S.A. VS. FRANCISCO ZAMORA-GUTIERREZ

Docket No. CR05-00302-SJO

Petition on Probation and Supervised Release (Bench Warrant)

COMES NOW LORETTA S. MARTIN, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>FRANCISCO ZAMORA-GUTIERREZ</u> who was placed on supervision by the Honorable <u>S. JAMES OTERO</u> sitting in the Court at <u>Los Angeles</u>, <u>California</u>, on the <u>27th</u> day of <u>July</u>, <u>2005</u> who fixed the period of supervision at <u>three years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

1. Having been ordered by the Court not to enter the United States illegally following deportation, on or about November 8, 2006, Francisco Zamora-Gutierrez illegally entered the United States following his deportation on June 16, 2006.

2. Having been ordered by the Court not to commit another Federal, state or local crime, on November 8, 2006, Francisco Zamora-Gutierrez illegally entered the United States following deportation, in violation of 8 USC 1326.

**PRAYING THAT THE COURT WILL ORDER** issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Francisco Zamora-Gutierrez before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

ORDER OF COURT

Considered and ordered this _21_ day of _Nov_, 20_06_ and ordered filed and made a part of the records in the above case.

_____
United States District Judge
S. JAMES OTERO

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 13, 2006

_____
JOEY AGUAYO
U. S. Probation Officer Assistant

Place Santa Fe Springs, California

## UNITED STATES PROBATION OFFICE
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | '06 NOV 22 P1 :48 | CASE NUMBER: |
|---|---|---|
| Plaintiff(s) | | CR05-00302-SJO |
| vs. | | |
| FRANCISCO ZAMORA-GUTIERREZ | | WARRANT FOR ARREST |
| Defendant(s) | | |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest   FRANCISCO ZAMORA-GUTIERREZ

and bring him/her forthwith to the nearest Magistrate Judge to answer to a(n):  ☐ Complaint   ☐ Indictment
☐ Information   ☐ Order of Court   ☒ Violation Petition   ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

ARRESTED ON: 12-07-07
WITHIN THE SC DISTRICT OF CA
BY: BORDER PATROL

in violation of Title 18   United States Code, Section(s) 3583(e)(3)

| Sherri R. Carter | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | 11/21/06   Los Angeles, CA |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| [signature] | BY: S. James Otero |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

DATE RECEIVED

DATE OF ARREST                                         TITLE

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO                                  SIGNATURE OF ARRESTING OFFICER

CR-12 (07/04)                    WARRANT FOR ARREST                    PAGE 1 of 2

I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY CLERK